UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>COURTNEY NICOLE KOLLATH<br><br>    Defendant. | 24-MJ-447<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Lack of identified sureties
- History of substance abuse

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 10/29/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE